# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ALFRED WAYNE PERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-199 |
| | ) |
| DANIEL W. MASSEY (in his capacity as clerk of court); and ROBERT W. ATTRIDGE (in his capacity as Assistant public defender, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMENDATION

Twice this Court has directed Alfred Wayne Perry to properly submit the forms needed to file the 42 U.S.C. § 1983 case he seeks against a clerk of state court and a public defender. Docs. 3 & 5. Twice he has failed to comply, so this case should be dismissed pursuant to Fed. R. Civ. P. 41(b); Local Rule 41(b) (authorizing dismissal for neglect of any Court order); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).[1]

**SO REPORTED AND RECOMMENDED** this  12th  day of September, 2012.

/s/ G.R. Smith<br>
UNITED STATES MAGISTRATE JUDGE<br>
SOUTHERN DISTRICT OF GEORGIA

---

[1] He has brought other § 1983 cases, one of which basically overlaps this case. *See, e.g., Perry v. Massey*, CV412-211 doc. 1 (S.D. Ga. Aug 15, 2012).