FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 22  PM 12: 29

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALFRED WAYNE PERRY,                   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )         CASE NO. CV412-199
                                      )
DANIEL W. MASSEY, in his              )
official capacity as Clerk of         )
Court, and ROBERT W. ATTRIDGE         )
JR., in his official capacity         )
as Assistant Public Defender,         )
                                      )
        Defendants.                   )
                                      )

## O R D E R

Before the Court is the Magistrate Judge's Report and

Recommendation (Doc. 6), to which no objections have been

filed.  After a careful de novo review of the record, the

report and recommendation is **ADOPTED** as the Court's opinion

in this case and Plaintiff's complaint is **DISMISSED WITHOUT**

**PREJUDICE**.  Accordingly, the Clerk of Court is **DIRECTED** to

close this case.

SO ORDERED this 20th day of October 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA