FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 OCT 22 PM 12:29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALFRED WAYNE PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL W. MASSEY, in his )<br>official capacity as Clerk of )<br>Court, and ROBERT W. ATTRIDGE )<br>JR., in his official capacity )<br>as Assistant Public Defender, )<br>)<br>Defendants. )<br>) | CASE NO. CV412-199 |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA